

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| RIOCAN AMERICA MANAGEMENT, INC., AS MANAGING AGENT FOR LAS PALMAS DUNHILL, L.P. AND LAS PALMAS RIOCAN L.P. F/K/A LAS PALMAS DUNHILL, L.P., | § § § § | No. 08-17-00074-CV<br><br>Appeal from<br><br>384th District Court |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC # 2014DCV0623) |
| | § | |
| MIRKA L. SERRATO D/B/A TENAMPA AND SERRMA, LLC, | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on Appellants' motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF OCTOBER, 2017.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.